■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD FROST, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's primary contention on appeal is that he was denied effective assistance of counsel. In reviewing claims of ineffective counsel, defense counsel's conduct in its entirety must be considered and care must be taken not to confuse true ineffectiveness with mere losing tactics *(see, People v Baldi,* 54 NY2d 137, 146-147). From our review of the law, the evidence and the circumstances of this particular case, we conclude that defense counsel provided the defendant with meaningful representation *(People v Baldi, supra).*

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—robbery, second degree, and other charges.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERWIN WEBSTER, Appellant.—Judgment unanimously affirmed. Memorandum: Although it was error for the prosecutor to read a part of defendant's Grand Jury testimony relating to his prior conviction for a felony, in light of the overwhelming evidence of defendant's guilt the error may be deemed harmless *(see, People v Crimmins,* 36 NY2d 230; *People v Rullo,* 31 NY2d 894, 895; *People v Breslin,* 21 NY2d 712). Moreover, an objection to the prosecutor's question was sustained and the court promptly instructed the jury to disregard it.

There was no abuse of discretion in the trial court's *Sandoval* ruling *(People v Sandoval,* 34 NY2d 371). The trial court, in balancing the probative value of such evidence against the danger of unfair prejudice to defendant, properly ruled that it would exclude evidence of certain prior crimes but permit evidence of others. Finally, we reject defendant's claim that he was deprived of a fair trial by the cumulative effect of the alleged errors. (Appeal from judgment of Onondaga County Court, Burke, J.—rape, first degree; sodomy, first degree.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.